UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:15-08964 JLS (ADS)     Date: October 29, 2019

Title: *Francisco Espinoza Rosas v. Whittier Police Department, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

Plaintiff Francisco Espinoza Rosas originally filed a civil rights complaint pursuant to 42 U.S.C. § 1983 on November 18, 2015. [Dkt. No. 1]. Eventually, on December 6, 2018, Plaintiff filed a Third Amended Complaint. [Dkt. No. 99]. On September 20, 2019, the Court dismissed the Third Amended Complaint with leave to amend and ordered Plaintiff to file a response within twenty-one (21) days. [Dkt. No. 108]. As of the date of this order, the Court has not received a Fourth Amended Complaint or any response to the Order Dismissing with Leave to Amend from Plaintiff.

Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**. Plaintiff must file a written response by no later than **November 19, 2019**. Plaintiff may respond to this Order to Show Cause by (a) filing a Fourth Amended Complaint; or (b) filing a statement with the Court indicating the desire to continue to move forward with the Third Amended Complaint despite the weaknesses noted by the Court in the Order Dismissing with Leave to Amend.

Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:15-08964 JLS (ADS)          Date:  October 29, 2019

Title:  *Francisco Espinoza Rosas v. Whittier Police Department, et al.*

dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

Initials of Clerk kh